ORDERED.

Dated: November 30, 2017

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

CHARLES R. DOUGLAS and      Case No.:  6:12-bk-03664-CCJ
ROSEMARY A. DOUGLAS     Chapter 7

    Debtors.
_____/
ARVIND MAHENDRU, as CHAPTER 7
TRUSTEE, and CHARLES R. DOUGLAS and
ROSEMARY A. DOUGLAS, DEBTORS
    Adv. Proc. No. 6:17-ap-000117-CCJ

    Plaintiff,
vs.

RODD SUTTON,
    Defendant.
_____/

**PARTIAL DEFAULT FINAL JUDGMENT**

THIS CASE came before the Court upon the Plaintiff's Renewed Motion for Partial Default Final Judgment (Doc. No. 14) against Defendant, RODD SUTTON, and the court being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED**:

    1.    This Court has jurisdiction of the subject matter and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334.

2. Judgment is entered in favor of the Plaintiff, ARVIND MAHENDRU, as CHAPTER 7 TRUSTEE, against the Defendant, RODD SUTTON.

3. The Certificate of Judgment for Lien docketed in the Summit County Judgment Docket as Case Number JL-2013-3964 (the "Judgment Lien"), in favor of Rodd Sutton, Judgment Creditor, and against, Rosemary A. Douglas and Charles Douglas, Judgment Debtors, rendered in Case Number CV-2009-08-06421, in the Summit County Common Pleas Court, Summit County, Ohio, in the amounts of $221,495.00 and $86,495.00 respectively, together with interest accruing thereon at the rate of 3% per annum, is released and deemed void. The Judgment Lien, as of the date of this Order, is no longer in force or effect.

4. If necessary, Defendant Sutton shall assist with the release of the Judgment Lien, including the execution of any documents necessary to release the Judgment Lien.

5. Jurisdiction is retained to: (1) adjudicate the counts for damages; (2) determine entitlement and amount of attorneys' fees and costs; and (3) enter further orders that are necessary to carry out the provisions of this Order.

Ryan E. Davis is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.

*via U.S. Mail to:*
Rodd Sutton, 441 Stanford Street, Akron, OH 44314;
Charles R. Douglas, 3441 Dixon Lane, The Villages, Florida 32162;
Rosemary A. Douglas, 3441 Dixon Lane, The Villages, Florida 32162;

*via CM/ECF to***:**
Ryan E. Davis, Esquire, PO Box 880, Winter Park, FL 32789 (Email: rdavis@whww.com);
Arvind Mahendru, Trustee, 5703 Red Bug Lake Road, Suite 284, Winter Springs, Florida 32708 (Email: amtrustee@gmail.com);
Larry D. Shenise, PO Box 471, Tallmadge, OH 44278 (Email: ldshenise@sheniselaw.com)